

THB

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT
JUL 26 2023
CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIM. NO. 23-138-TFM |
| | * | USAO NO. 2023R00202 |
| | * | |
| v. | * | |
| | * | VIOLATIONS: 18 USC § 922(g)(1) |
| **JAMES PETTWAY** | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One
### Possession of a Firearm or Ammunition by a Convicted Felon
### Title 18, United States Code, Section 922(g)(1)

On or about November 21, 2022, in the Southern District of Alabama, Southern Division, the defendant,

**JAMES PETTWAY**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

1.) Possession of Controlled Substance out of Mobile County Circuit Court, case number 02CC07-1477, convicted on September 10, 2007 and

2.) Assault Second out of Mobile County Circuit Court, case number 02CC98-2082, convicted on February 8, 1999,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm; namely a loaded CANIK model TP9 Elite 9mm pistol, serial number T6472-20GB26436.

In violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE NOTICE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, 922(g)(1) set forth in Count One of this Indictment, the defendant,

**JAMES PETTWAY,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm, or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g), including, but not limited to:

1. One black CANIK Model TP9 Elite 9mm pistol, serial number T6472-20GB26436.
2. 6 rounds of Tulammo 9 mm Luger ammunition.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28 United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

TANDICE H. BLACKWOOD
Assistant United States Attorney

SEAN P. COSTELLO
United States Attorney

JULY 2023